IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:20-CV-411 |
| 0.835 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND ALICE MARSLETTA KNAPP, *et al.* | § § § § § § § | |
| *Defendants.* | § § | |

## COMPLAINT IN CONDEMNATION

1.This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3.The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     s/ *Hilda M. Garcia Concepcion*
         **HILDA M. GARCIA CONCEPCION**
         Assistant United States Attorney
         Southern District of Texas No.3399716
         Puerto Rico Bar No. 15494
         1701 W. Bus. Highway 83, Suite 600
         McAllen, TX 78501
         Telephone:  (956) 618-8004
         Facsimile:  (956) 618-8016
         E-mail: Hilda.Garcia.Concepcion@usdoj.gov

# SCHEDULE A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-WSL-2012-1
Owner: Francis E. Knapp, Jr. Family Trust
Acres: 0.835

**BEING** a 0.835 of one acre (36,354 square feet) parcel of land, more or less, being out of the Narciso Cabazos Survey, Abstract No. 30, Hidalgo County, Texas, being out of Porción 71 and being out of the remainder of a called 300.42 acre tract conveyed to F.E. and J.A. Knapp Limited Partnership by Special Warranty Deed recorded in Volume 2832, Page 949, Deed Records of Hidalgo County, Texas ("River Farm, Tract I"), said 0.835 of one acre (36,354 square feet) parcel of land being more particularly described by metes and bounds as follows;

**COMMENCING** at a found cotton spindle in asphalt having a coordinate value of N= 16556958.418, E=1089606.959, said point being at the southwest corner of the 300.42 acre remainder tract and at a northeasterly interior corner of a called 246.14 acre tract conveyed to KVS Family Limited Partnership by Warranty Deed with Vendor's Lien recorded in Instrument No. 2002-1048589, Official Records of Hidalgo County, Texas ("Tract III"), said point being in the approximate centerline of Old Military Road;

**THENCE** N 08°38'22" E, (S 08°42'00" W, Record) with the east line of the 246.14 acre tract and the west line of the 300.42 acre remainder tract, a distance of 28.95 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2012-1-1" for the PLACE OF BEGINNING and southwest corner of the herein described proposed acquisition tract, said point having a coordinate value of N=16556987.040, E=1089611.308, said point being in the north right-of-way line of Old Military Road, said point being in the east line of the 246.14 acre tract and the west line of the 300.42 acre remainder tract, said point bears S 89°53'47" E, a distance of 2123.11 feet from United States Army Corps of Engineers Control Point No. 110, said control point being a mag nail in the north end of the east concrete headwall at the intersection of "I" Road and the Hidalgo County Water Improvement District No. 2 canal lateral;

**(1) THENCE** N 08°38'22" E, departing the north right-of-way line of Old Military Road, with the west line of the 300.42 acre remainder tract and the east line of the 246.14 acre tract, passing at 103.85 feet the southeast corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 435, Page 398, Deed Records of Hidalgo County, Texas ("82-H"), passing at 152.89 feet the southwest corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 436, Page 386, Deed Records of Hidalgo County, Texas ("81-H"), continuing in all a total distance of 247.97 feet to a point for the northwest

corner of the herein described proposed acquisition tract, said point being in the east line of the 246.14 acre tract and the west line of the 300.42 acre remainder tract, said point being in the approximate centerline of Doffin Canal Road;

**(2) THENCE** N 82°24'17" E, departing the east line of the 246.14 acre tract and the east line of the "82-H" levee right-of-way, over and across the 300.42 acre remainder tract and the "81-H" levee right-of-way, with the approximate centerline of Doffin Canal Road, a distance of 151.30 feet to a point for the northeast corner of the herein described proposed acquisition tract, said point being in the east line of the 300.42 acre remainder tract, the east line of the "81-H" levee right-of-way, the west line of Lot 102 of San Juan Plantation recorded in Volume 3, Page 52, Map Records of Hidalgo County and being the same tract of land conveyed to F.E. and J.A. Knapp Limited Partnership by Special Warranty Deed recorded in Volume 2832, Page 949, Deed Records of Hidalgo County, Texas ("River Farm, Tract A") and being in the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 442, Page 392, Deed Records of Hidalgo County, Texas ("78-H, Tract 2");

**(3) THENCE** S 08°35'45" W, departing the approximate centerline of Doffin Canal Road, with the west line of the "78-H, Tract 2" levee right-of-way, the west line of Lot 102, the east line of the 300.42 acre remainder tract and the east line of the "81-H" levee right-of-way, passing at 94.74 feet the southeast corner of the "81-H" levee right-of-way, passing at 143.74 feet the southwest corner of the "78-H, Tract 2" levee right-of-way, continuing in all a total distance of 252.14 feet to a set 5/8" rebar with a "MDS" cap stamped "RGVWSL-2012-1-4=2012-1" for the southeast corner of the herein described proposed acquisition tract, said point being in the north right-of-way line of Old Military Road;

**(4) THENCE** S 83°57'00" W, departing the west line of Lot 102, with the north right-of-way line of Old Military Road, over and across the 300.42 acre remainder tract, a distance of 150.38 feet to the **PLACE OF BEGINNING** containing 0.835 of one acre (36,354 square feet) of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



Tract: RGV-WSL-2012-1
Owner: Francis E. Knapp, Jr. Family Trust
Acreage: 0.835

# SCHEDULE E

## **SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-2012-1
Owner:  Francis E. Knapp, Jr. Family Trust
Acres:  0.835

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described in conveyance recorded with Deed Records of Hidalgo County, Texas, volume 2832, page 949, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SIXTEEN THOUSAND, THREE HUNDRED NINETY FIVE DOLLARS AND NO/100 ($16,395.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Alice Marsletta Knapp** (beneficiaries-Francis E. Knapp Family Trust) c/o Mr. Chanse McLeod, Attorney at Law 600 Travis Street, Suite 4200 Houston, Texas 77002-3090 | **RGV-RGC-2012-1** Warranty Deed, Document #; 2970447 Recorded December 5, 2018, Deed Records of Hidalgo County Trust Agreement for the Francis E. Knapp Family Trust, dated February 1, 1993. |
| **Francis Everett Knapp, III** (beneficiaries- Francis E. Knapp Family Trust) c/o Mr. Chanse McLeod, Attorney at Law 600 Travis Street, Suite 4200 Houston, Texas 77002-3090 | **RGV-RGC-2012-1** Warranty Deed, Document #; 2970447 Recorded December 5, 2018, Deed Records of Hidalgo County Trust Agreement for the Francis E. Knapp Family Trust, dated February 1, 1993. |
| **Pablo "Paul" Villarreal, Jr.** Hidalgo County Tax Assessor 2804 S. Business Hwy 281 Edinburg, TX 78539 | Tax Authority |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
0.835 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND ALICE MARSLETTA KNAPP

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hidalgo
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Hilda M. Garcia Concepcion, United States Attorney's Office, SDTX, 1701 West, Bus. Hwy.83, Ste.600, McAllen, TX 78501

Attorneys *(If Known)*
Chance McLeod, Hunton Andrews Kurth LLP, 600 Travis, Suite 4200, Houston, Texas, 77002

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| [X] 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 12/15/2020

SIGNATURE OF ATTORNEY OF RECORD
s/ Hilda M. Garcia Concepcion

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE